BRAD S. KANE (Cal. State Bar No. 151547)
KANE LAW FIRM
1154 S. Crescent Heights Boulevard
Los Angeles, California 90035
Telephone: (323) 697-9840
Facsimile: (323) 571-3579
bkane@kanelaw.la

Attorneys for Plaintiff
Jerome Burger

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEROME BURGER, an individual, and class members likewise situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota Corporation, and DOES 1 through 25, unknown business entities, and DOES 26 through 50, unknown individuals, inclusive,<br><br>Defendants. | CASE NO.: C-07-1052-MMC<br><br>**STIPULATION FOR TELEPHONIC APPEARANCE; ORDER THEREON**<br><br>**Date: June 1, 2007**<br>**Time: 10:30 a.m.** |

WHEREAS, the Initial Case Management Conference in this action is to be heard on Friday, June 1, 2007 at 10:30 am in Courtroom 7 of the court located at 450 Golden Gate Avenue, San Francisco, California 94102;

WHEREAS, Plaintiff's counsel of record is located at 1154 South Crescent Heights Boulevard, Los Angeles, California 90035; and

WHEREAS, Plaintiff's counsel has represented that due to distance and travel expense, it would inflict a substantial burden on Plaintiff's counsel to personally appear at the Initial Case Management Conference.

The parties hereby STIPULATE as follows:

Plaintiff may appear telephonically at the Friday, June 1, 2007 Initial Case Management Conference.

Dated: May 25, 2007 KANE LAW FIRM

By: ___/S/________________________
Brad S. Kane
Attorneys for Plaintiff Jerome Burger, and class members likewise situated

Dated: May 25, 2007 PAUL HASTINGS JANOFSKY & WALKER

By: ___/S/________________________
Jeffrey D. Wohl
Attorneys for Defendant
Target Corporation

**ORDER**

The parties having STIPULATED and for GOOD CAUSE shown, the Court hereby ORDERS:

All parties shall appear telephonically at the Initial Case Management Conference to be heard on Friday, June 1, 2007 at 10:30 a.m.

DATED: May 25, 2007

Hon. Maxine M. Chesney
UNITED STATES DISTRICT JUDGE