| | |
|---|---|
| 1 | BRAD S. KANE (State Bar No. 151547)<br>KANE LAW FIRM |
| 2 | 1154 S. Crescent Heights Boulevard<br>Los Angeles, California 90035 |
| 3 | Telephone:  (323) 697-9840<br>Facsimile:  (323) 571-3579 |
| 4 | kanelawfirm@aol.com |
| 5 | Attorneys for Plaintiff<br>Jerome Burger |
| 6 | |
| 7 | JEFFREY D. WOHL (Cal. State Bar No. 96838)<br>SAIDAH M. GRAYSON (Cal. State Bar No. 221713) |
| 8 | RISHI N. SHARMA (Cal. State Bar No. 239034)<br>JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073) |
| 9 | PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>55 Second Street, 24th Floor |
| 10 | San Francisco, California  94105<br>Telephone:  (415) 856-7000 |
| 11 | Facsimile:  (415) 856-7100<br>jeffwohl@paulhastings.com |
| 12 | saidahgrayson@paulhastings.com<br>rishisharma@paulhastings.com |
| 13 | jeffmichalowski@paulhastings.com |
| 14 | Attorneys for Defendant<br>Target Corporation |
| 15 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 19 | JEROME BURGER, an individual, and class members likewise situated, | No. C-07-1052-MMC |
| 20 | Plaintiff, | [CLASS ACTION] |
| 21 | vs. | **JOINT STIPULATION; ORDER OF DISMISSAL** |
| 22 | | |
| 23 | TARGET CORPORATION a Minnesota Corporation, and DOES 1 through 5, unknown business entities, and DOES 26 through 50, unknown individuals, inclusive, | Fed. R. Civ. P. 41(a) |
| 24 | | |
| 25 | Defendants. | |

LEGAL_US_W # 56862496.2

JOINT STIPULATION AND ORDER OF DISMISSAL
U.S.D.C., N.D. Cal., No. C-07-1052-MMC

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Jerome Burger and defendant Target Corporation hereby stipulate that this action may be dismissed with prejudice, each side to bear its own costs and attorneys' fees.

Dated: August 22, 2007

BRAD S. KANE
KANE LAW FIRM

By: __/s/_____
   Brad S. Kane
   Attorneys for Plaintiff Jerome Burger

Dated: August 17, 2007

JEFFREY D. WOHL
SAIDAH M. GRAYSON
RISHI N. SHARMA
JEFFREY P. MICHALOWSKI
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: ___/s/_____
   Jeffrey D. Wohl
   Attorneys for Defendant
   Target Corporation

## **ORDER**

On the stipulation of the parties, and good cause appearing therefor, the above-titled action is hereby DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: August 24, 2007.

_____
Maxine M. Chesney
United States District Judge

LEGAL_US_W # 56862496.2

JOINT STIPULATION AND ORDER OF DISMISSAL
U.S.D.C., N.D. Cal., No. C-07-1052-MMC